UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORY WAYNE DIVISION

| | |
|---|---|
| JENNIFER MOLES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 1:24-CV-425-GSL-JEM |

## ORDER

This matter is before the Court on the Findings, Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C) [DE 24] entered by Magistrate Judge John E. Martin on September 8, 2025. For the reasons fully explained in the report, Judge Martin recommends that the Court grant the relief requested in plaintiff's Brief in Support of the Request for Review [DE 13] and remand this matter for further proceedings consistent with the Report. [DE 24, page 8].

Over fourteen days have passed without any objections being filed, so the Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the Report and Recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Martin's Report in full, and therefore **GRANTS** the relief requested in Plaintiff's Brief in Support of the Request for Review [DE 13] and **REMANDS** this matter for further proceedings consistent with Judge Martin's Report [DE 24].

SO ORDERED.

ENTERED: September 23, 2025

                                                    /s/ GRETCHEN S. LUND
                                                  Judge
                                                  United States District Court